O



FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 17-0324M |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Kenneth James Agner, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District/Calif. for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown recent background, no known bail resources

1 | _absconder status_
2 |
3 |
4 | and/or
5 | B.  ( )  The defendant has not met his/her burden of establishing by
6 |         clear and convincing evidence that he/she is not likely to pose
7 |         a danger to the safety of any other person or the community if
8 |         released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9 |         on: _____
10|
11|
12|
13|
14|     IT THEREFORE IS ORDERED that the defendant be detained pending
15| the further revocation proceedings.
16|
17| Dated:  _2/14/17_                    _/s/ Jean Rosenbluth_
18|                                      JEAN ROSENBLUTH
                                         U.S. MAGISTRATE JUDGE